IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| FRANKLIN D. ANTILL, | ) | |
| | ) | Case No. CV-01-555-S-BLW |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| vs. | ) | |
| | ) | |
| DAVID PASKETT, TOM BEAUCLAIR, and GREGG FISHER, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

On April 8, 2008, the Court entered an Order denying Plaintiff's Motion to Reopen his case.  Therefore, this action is dismissed with prejudice.   Based upon that Order, and the Court being fully advised in the premises, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's cause of action is DISMISSED

**JUDGMENT -1**

with prejudice.  Additionally, this case is hereby ordered closed.

DATED:  **April 8, 2008**



B. LYNN WINMILL
Chief Judge
United States District Court

**JUDGMENT -2**